April 21, 2006

Mr. Chester J. Makowski
Royston Rayzor Vickery & Williams, L.L.P.
1001 McKinney, Suite 1100
Houston, TX 77002
Mr. James R. Harris
Harris & Greenwell, L.L.P.
615 Upper N. Broadway, Suite 1700, MT-237
Corpus Christi, TX 78477-0237

RE: Case Number: 03-1101
 Court of Appeals Number: 13-00-00335-CV
 Trial Court Number: 99-1339-E

Style: THE ED RACHAL FOUNDATION AND PAUL ALTHEIDE
 v.
 CLAUDE D'UNGER

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
in part the court of appeals' judgment and renders judgment and delivered
the enclosed per curiam opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez|